```
1  John R. Manning
   Attorney at Law
2  Ca. St. Bar No. 220874
   1812 J Street, Suite 22
3  Sacramento, CA  95814
   Telephone:  (916) 444-3994
4
   Attorney for Defendant
5  Nicholas Martinez-Fernandez

6

7                   IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )   CR NO. S-07-497 LKK
                                )
11         Plaintiff,           )   AMENDED STIPULATION AND
                                )   ORDER CONTINUING
12    v.                        )   STATUS CONFERENCE
                                )
13 Arturo Martinez, et al.      )
                                )   Date:   1/3/08
14         Defendants.          )   Time:   9:30 a.m.
   _____)   Judge:  Hon. Lawrence K.
15                                          Karlton
```

16       IT IS HEREBY stipulated between the United States of America

17 through its undersigned counsel, Michael Beckwith, Assistant

18 United States Attorney, together with counsel for defendant

19 Nicholas Martinez-Fernandez, John R. Manning Esq., and counsel

20 for defendant Jesus Soto-Farias, Lexi Negin Esq., that the status

21 conference presently set for January 3, 2008 be **continued to**

22 **February 12, 2008, at 9:30 a.m.**, thus **vacating** the presently set

23 status conference.

24       It is further stipulated between the United States of

25 America through its undersigned counsel, Michael Beckwith and

26 counsel for defendant Arturo Martinez, Dina Santos Esq., that the

27 status conference presently set for January 3, 2008 be **continued**

28 **to January 8, 2008, at 9:30 a.m.,** thus **vacating** the presently set

                                    1

1  status conference.
2       Counsel for the parties agree that this is an appropriate
3  exclusion of time within the meaning of Title 18, United States
4  Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time
5  for effective preparation) and Local Code T4, and agree to
6  exclude time from the date of the filing of the order until the
7  date of the status conference January 8, 2008 for defendant
8  Arturo Servin Martinez and February 12, 2008 for defendants Jesus
9  Soto-Farias and Nicholas Martinez-Fernandez.

IT IS SO STIPULATED.

Dated: December 28, 2007          /s/ John R. Manning
                                  JOHN R. MANNING
                                  Attorney for Defendant
                                  Nicholas Martinez-Fernandez


Dated: December 28, 2007          /s/ Dina Santos
                                  Dina Santos
                                  Attorney for Defendant
                                  Arturo Martinez



Dated: December 28, 2007          /s/ Lexi Negin
                                  Lexi Negin
                                  Attorney for Defendant
                                  Jesus Soto-Farias



Dated: December 28, 2007          McGREGOR W. SCOTT
                                  United States Attorney

                              by: /s/ Michael Beckwith
                                  Michael Beckwith
                                  Assistant U.S. Attorney

```
                IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,       ) Case No.  CR.S-07-497 LKK
                                )
            Plaintiff,          )
                                )
     v.                         ) ORDER TO
                                ) CONTINUE STATUS CONFERENCE
Arturo Martinez, et al.         )
                                )
            Defendants.         )
_____  )
                                )
```

   GOOD CAUSE APPEARING, it is hereby ordered that the January 3, 2008 status conference be continued to January 8, 2008 at 9:30 a.m. for defendant Arturo Servin Martinez and February 12, 2008 at 9:30 a.m. for defendants Nicholas Martinez-Fernandez and Jesus Soto-Farias. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to January 8, 2008 for defendant Arturo Servin Martinez and February 12, 2008 for defendants Jesus Soto-Farias and Nicholas Martinez-Fernandez.

IT IS SO ORDERED.

Dated: January 2, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT