DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS SOTO-FARIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-07-497 (LKK) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| JESUS SOTO-FARIAS NICHOLAS MARTINEZ-FERNANDEZ | ) | JUDGE: Lawrence K. Karlton |
| Defendants. | ) | |

This case is currently scheduled for a status hearing on February 12, 2008. The attorneys for all parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for February 12, 2008, be continued until March 4, 2008. In addition, the parties stipulate that the time period from February 12, 2008, to March 4, 2008, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

1

DATED:February 11, 2008

                    Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /s/Lexi Negin for Michael Beckwith<br>MICHAEL BECKWITH<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Jesus Saloman-Mundo |

/s/ Lexi Negin for John Manning
JOHN MANNING
Attorney for Nicolas Martinez-Fernandez

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-07-497 LKK |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER CONTINUING STATUS HEARING |
| ) | AND EXCLUDING TIME PURSUANT TO THE |
| JESUS SOTO-FARIAS ) | SPEEDY TRIAL ACT |
| NICHOLAS MARTINEZ-FERNANDEZ ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

For the reasons set forth in the stipulation of the parties, filed on February 11, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for February 12, 2008, be vacated and that the case be set for March 4, 2008 at 9:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' February 11, 2008 stipulation, the time under the Speedy Trial Act is excluded from February 12, 2008, through March 4, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: February 11, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2