DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS SOTO-FARIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-07-497 (LKK) |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER AFTER HEARING** |
| v. ) | |
| ) | |
| ) | JUDGE: Lawrence K. Karlton |
| ) | |
| JESUS SOTO-FARIAS ) | |
| NICHOLAS MARTINEZ-FERNANDEZ ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |

      This matter came on for Status Conference on April 29, 2008, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge.  Assistant United States Attorney Michael Beckwith appeared on behalf of the United States of America.  Assistant Federal Defender Lexi Negin appeared on behalf of Defendant Jesus Soto-Farias, who was present in custody, and Attorney John Manning appeared on behalf of Defendant Nicholas Martinez-Fernandez, who was present and in custody.  All defendants were assisted by the certified Spanish language interpreter.

      All parties agreed that defense counsel need additional time for investigation, review of discovery and to prepare a defense of the case.

      A further status conference date of May 20, 2008, is set.

      Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for

Order After Hearing

1  the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code  T4 for preparation of
2  counsel, from April 29, 2008, up until and including May 20, 2008.
3       Good cause appearing therefor,
4       IT IS ORDERED that this matter is continued to May 20, 2008, at 9:30 a.m. for Status
5  Conference.
6       IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4,
7  the period from April 29, 2008, up to and including May 20, 2008, is excluded from the time
8  computations required by the Speedy Trial Act due to case complexity and ongoing preparation of
9  counsel.
10 Dated:   May 1, 2008

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```